# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **BRANDON SMITH** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 2:20-cv-02087-JMP |
| | ) | |
| **POPLAR PERKINS ASSOC.** | ) | |
| | ) | |
|    Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Brandon Smith and Defendant Poplar Perkins Assoc., hereby give notice that the parties have reached an agreement for the resolution of this matter and are in the process of completing settlement documents. The Parties respectfully request 30 days to file their stipulation of dismissal with prejudice.

Dated: June 4, 2020

*/s/ J. Luke Sanderson*
J. Luke Sanderson #35712
*Attorney for Plaintiff*
Wampler, Carroll, Wilson & Sanderson, P.C.
44 N. Second, St. 500
Memphis, TN 38103
(901) 523-1844

/s/ Jennifer S. Rusie
Jennifer S. Rusie, TN Bar No. 026009
*Attorney for Defendant*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
401 Commerce St., Suite 1200
Nashville, TN  37219
(615) 687-2223