IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| BRANDON SMITH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:20-CV-2087 |
| | ) |
| POPLAR PERKINS ASSOCIATION, | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 22nd day of July, 2020.

*/s/ Luke Sanderson*
J. Luke Sanderson #35712
*Attorney for Plaintiff*
Wampler, Carroll, Wilson & Sanderson, P.C.
44 N 2nd Street, Ste 502
Memphis, TN 38103
(901) 523-1844

*/s/ Jennifer Rusie*
Jennifer Rusie
*Attorney for Defendent*
Suntrust Plaza, Ste 1200
Nashville, TN 37219