# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| BRANDON SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:20-cv-2087-JPM-tmp |
| v. ) | |
| ) | |
| POPLAR PERKINS ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Stipulation of Dismissal with Prejudice, filed by the parties on July 22, 2020, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 20.) The parties having reached a resolution in this matter, this action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**, this 22nd day of July, 2020.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE