# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRANDON D. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:20-cv-02087-JPM-tmp |
| v. ) | |
| ) | |
| POPLAR PERKINS ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed on July 22, 2020 (ECF No. 20), and the Court having entered an Order of Dismissal (ECF No. 21),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

July 22, 2020
Date